```
1  ADAM R. FULTON, ESQ.
   Nevada Bar No. 11572
2  afulton@jfnvlaw.com
   LOGAN G. WILLSON, ESQ.
3  Nevada Bar No. 14967
4  logan@jfnvlaw.com
   JENNINGS & FULTON, LTD.
5  2580 Sorrel Street
   Las Vegas, NV 89146
6  Telephone: (702) 979-3565
   Facsimile: (702) 362-2060
7  Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM EDDINS JR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GIU, INC., a domestic corporation; DOE INDIVIDUALS 1-20, and ROE CORPORATIONS 21-40,<br><br>Defendants. | Case No.: 2:25-cv-00124-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND REPLY BRIEFING DEADLINE REGARDING DEFENDANT'S MOTION TO DISMISS**<br><br>(FIRST REQUEST) |

IT IS HEREBY STIPULATED by and between Defendant GIU, INC., by and through its attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Plaintiff WILLIAM EDDINS JR., by and through his attorneys of record, DAVID N. SALMON, ESQ., of the law firm of DAVID SALMON & ASSOCIATES, INC., to continue the reply ("Reply") briefing deadline regarding Defendant's Motion to Dismiss ("Motion").

The parties have engaged in settlement discussions and seek to attempt to resolve the matter prior to the Court ruling on the Motion. The parties request an additional 14 days to do so and good cause exists to extend the current Reply deadline from April 1, 2025 [ECF No. 8] to April 15, 2025.

Consistent with the foregoing, the parties stipulate that Defendant shall have until April 15,

2025 to file the Reply. The instant stipulation is submitted in good faith in order to attempt to resolve the matter prior to the Court ruling on the Motion and not for the purpose of undue delay.

Dated: March 31, 2025

**JENNINGS & FULTON, LTD.**

/s/ Logan G. Willson, Esq.
ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
*Attorneys for Defendant*

Dated: March 31, 2025

**DAVID SALMON & ASSOCIATES, INC.**

DAVID SALMON, ESQ.
Nevada Bar No. 7168
7495 W. Azure Drive, Ste. 102
Las Vegas, Nevada 89130
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro

United States District Court Judge

Dated: April 1, 2025.