1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
*Attorneys for Defendant*

*(left margin, vertical)* **JENNINGS & FULTON, LTD.** 2580 Sorrel Street Las Vegas, NV 89146 702.979.3565

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM EDDINS JR., an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>GIU, INC., a domestic corporation; DOE INDIVIDUALS 1-20, and ROE CORPORATIONS 21-40,<br><br>        Defendants. | Case No.: 2:25-cv-00124-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND REPLY BRIEFING DEADLINE REGARDING DEFENDANT'S MOTION TO DISMISS**<br><br>**(SECOND REQUEST** |

IT IS HEREBY STIPULATED by and between Defendant GIU, INC., by and through its attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Plaintiff WILLIAM EDDINS JR., by and through his attorneys of record, DAVID N. SALMON, ESQ., of the law firm of DAVID SALMON & ASSOCIATES, INC., to continue the reply ("Reply") briefing deadline regarding Defendant's Motion to Dismiss ("Motion"). This is the Second Request to extend the Reply briefing schedule.

The parties have engaged in settlement discussions and seek to attempt to resolve the matter prior to the Court ruling on the Motion. The parties request an additional 14 days to do so and good cause exists to extend the current Reply deadline from April 15, 2025 to April 29, 2025. The parties are still attempting to narrow potential resolution terms to facilitate settlement.

Consistent with the foregoing, the parties stipulate that Defendant shall have until April 29,

2025 to file the Reply. The instant stipulation is submitted in good faith in order to attempt to resolve the matter prior to the Court ruling on the Motion and not for the purpose of undue delay.

Dated: April 14th, 2025                           Dated: April 14th, 2025

**JENNINGS & FULTON, LTD.**                **DAVID SALMON & ASSOCIATES, INC.**

*/s/ Logan G. Willson, Esq.*                   */s/ David Salmon, Esq.*
ADAM R. FULTON, ESQ.                    DAVID SALMON, ESQ.
Nevada Bar No. 11572                        Nevada Bar No. 7168
LOGAN G. WILLSON, ESQ.            7495 W. Azure Drive, Ste. 102
Nevada Bar No. 14967                        Las Vegas, Nevada 89130
*Attorneys for Defendant*                     *Attorneys for Plaintiff*


**IT IS SO ORDERED.**

_____
Gloria M. Navarro
United States District Court Judge

Dated: April __16__, 2025.